Elliot Gale (State Bar No. 263326)
egale@gajplaw.com
Joe Angelo (State Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Amber Ross

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| AMBER ROSS<br><br>       Plaintiff,<br><br>  vs.<br><br>DISCOVER BANK.<br>       Defendant. | Case No.: 2:19-cv-05760-ODW-AFM<br><br>**STIPULATED REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Amber Ross ("Plaintiff") and Defendant Discover Products Inc. ("Discover"), erroneously sued as Discover Bank, that the claims asserted by Plaintiff against Discover in this action be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and that each party shall bear its own attorneys' fees and costs, and that this action be dismissed in its entirety.

DATED: October 17, 2019          **Gale, Angelo, Johnson, & Pruett, P.C.**

By: _/s/ Elliot Gale_
Elliot Gale
Attorneys for Plaintiff
Amber Ross

DATED: October 17, 2019          **STROOCK & STROOCK & LAVAN, LLP**

By: _/s/ Ali Fesharaki_
Ali Fesharaki
Attorneys for Defendant
Discover Products Inc., erroneously sued as Discover Bank

I attest that concurrence in the filing of this document has been obtained from each of the Signatories.
_/s/ Elliot Gale_